IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Matthew Seebachan and | § | |
| Marcia Seebachan, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | **Civil Action No. 4:17-cv-00537-ALM** |
| | § | |
| State Farm Mutual Automobile | § | |
| Insurance Company d/b/a State Farm, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Pursuant to the Notice of Dismissal filed by the Plaintiffs and good cause appearing, the above captioned case is hereby dismissed without prejudice and each party will bear its own costs and attorney's fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
 **SIGNED this 17th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE